UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

|  |  |
|---|---|
| BENNY ROSE HARRIS, | ) |
| Petitioner, | ) Case No. EDCV 14-2055 DSF (AJW) |
| v. | ) |
| F. FOULK, WARDEN, | ) ORDER ACCEPTING REPORT AND ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

5/11/15

DATED: _____

*Dale S. Fischer*

_____
Dale S. Fischer
United States District Judge