UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| BENNY ROSE HARRIS, | ) | Case No. EDCV 14-2055 DSF (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| F. FOULK, WARDEN, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: _____ 5/11/15

_____
Dale S. Fischer
United States District Judge